UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES STRANGE,

    Plaintiff,

v.

THE STATE OF ARIZONA,

    Defendant.

Case No. 20-cv-04351-SI

**ORDER OF DISMISSAL**

Re: Dkt. No. 1

Plaintiff sent to this court a "motion to conduct [an] independent decision as to the procedures that were not followed by the Supreme Court" in Arizona. Docket No. 1. In an effort to protect his rights, a new action was opened and the motion was filed on June 30, 2020. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has passed. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 18, 2020

_____
SUSAN ILLSTON
United States District Judge