UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STRANGE, <br> Plaintiff, <br> v. <br> THE STATE OF ARIZONA, <br> Defendant. | Case No. 20-cv-04351-SI <br><br> **JUDGMENT** |

This action is dismissed for failure to file a pleading showing that the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 18, 2020

_____
SUSAN ILLSTON
United States District Judge