UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STRANGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF ARIZONA, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04351-SI<br><br>**ORDER OF TRANFER** |

Plaintiff, an inmate in the custody of the Arizona Department of Corrections apparently serving a sentence for a conviction from Pinal County, Arizona, filed this *pro se* civil rights action. His complaint is hardly a model of clarity but appears to seek relief regarding his Arizona conviction and names David Shin, the director of the Arizona Department of Corrections at the defendant. Docket No. 14-1 at 14. Plaintiff requests that the criminal charges against him be dismissed. *Id.* at 10. The events and omissions that form the basis of the complaint occurred in the District of Arizona and defendant appears to reside in the District of Arizona. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the District of Arizona and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the District of Arizona.

**IT IS SO ORDERED**.

Dated: December 13, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge